IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAYTON INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA ARMES AVIATION, LLC, ENC PRODUCTS, LLC, TRACY OGLE, and JOEY DEROUSSE,<br><br>Defendants. | 8:21CV309<br><br>**ORDER** |

    A telephone conference was held regarding a discovery dispute on December 9, 2021. Upon hearing the matter,

    **IT IS ORDERED** that Tracy Ogle ("Ogle") shall provide documents responsive to Document Production Request Nos. 3-5, 8, and 9. Joey DeRousse ("DeRousse") shall provide documents responsive to Document Production Request Nos. 3-5. Nebraska Armes Aviation, LLC ("Armes Aviation") shall provide documents responsive to Document Production Request Nos. 2-4, and 7. ENC Products, LLC shall provide documents responsive to Document Production Request No. 7.

    **IT IS FURTHER ORDERED** that prior to the parties producing these documents, the Court will permit Royal Jordanian Air Force ("RJAF") to intervene in these proceedings for the limited purpose of raising any objections it has to the ordered production. If RJAF would like to be heard on this matter, it shall file its motion to intervene, along with any papers in support of its objection to the document production ordered above, no later than January 7, 2022. Defendants' counsel shall serve a copy of this Order upon RJAF by December 16, 2021 and file a certificate of service showing compliance with the Order. If RJAF does not intervene by January 7, 2022, Defendants shall provide the discovery responses as directed above by January 21, 2022.

    Dated this 9th day of December, 2021.

                                                                BY THE COURT:

                                                                s/ Susan M. Bazis
                                                                United States Magistrate Judge